UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
March 25, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL MORALES-CASTILLO<br><br>Defendant. | Case No. 2:24-mj-00036 DB<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>MIGUEL MORALES-CASTILLO</u> Case No. <u>2:24-mj-00036 DB</u> Charges <u>21 USC § 841(a)(1)</u> from custody for the following reasons:

        Release on Personal Recognizance

        Bail Posted in the Sum of $ _____

__x__  Unsecured Appearance Bond $  $50,000

        Appearance Bond with 10% Deposit

        Appearance Bond with Surety

        Corporate Surety Bail Bond

        (Other): $50,000 unsecured bond co-signed by Sonia Castaneda.

Issued at Sacramento, California on March 25, 2024 at 2:08 PM

By:   /s/ Carolyn K. Delaney

Chief Magistrate Judge Carolyn K. Delaney